IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MONTRELLE MAXWELL,** | 2:06-CV-1501 LKK EFB P |
| Plaintiff, | **ORDER** |
| v. | |
| **E. MAGEE, et al.,** | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On March 27, 2007, defendants requested a 60-day extension of time within which to file a responsive pleading. The court has reviewed defense counsel's declaration, and good cause appearing, defendants' request is granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' March 27, 2007, request for an extension of time is granted; and

2. Defendants are granted an additional sixty days, to and including May 27, 2007, within which to file a responsive pleading.

Dated: March 30, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE