IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MONTRELLE MAXWELL,** | 2:06-CV-1501 LKK EFB P |
| Plaintiff, | **ORDER** |
| v. | |
| **E. MAGEE, et al.,** | |
| Defendants. | |

On May 25, 2007, defendants filed a request for an extension of time within which to file a responsive pleading. On June 7, 2007, defendants filed a motion to dismiss. Good cause appearing, defendants' request is granted and their June 7, 2007, motion to dismiss is deemed timely filed.

IT IS SO ORDERED.

DATED: June 28, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE