1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MONTRELLE MAXWELL,

11          Plaintiff,                    No. CIV S-06-1501 LKK EFB P

12   vs.

13   E. MAGEE, et al.,

14          Defendants.              <u>FINDINGS AND RECOMMENDATIONS</u>

15   _____/

16          Plaintiff is a prisoner seeking relief for alleged civil rights violations.  *See* 42 U.S.C.

17   § 1983.

18          On June 7, 2007, defendants Carey, Magee, Mostchenbacher and Pearson moved to

19   dismiss this action upon the ground that plaintiff failed to state a claim upon which relief may be

20   granted.  *See* Fed. R. Civ. P. 12(b)(6).  On January 3, 2007, the court informed plaintiff of the

21   requirements for filing an opposition to the motion, that failure to oppose such a motion may be

22   deemed a waiver of opposition to the motion and that failure to comply with the Local Rules

23   may result in a recommendation of dismissal.  On August 27, 2007, the court again admonished

24   plaintiff of his obligation to file an opposition or statement of no opposition, gave plaintiff an

25   additional 20 days to file an opposition or statement of non-opposition and warned him that

26   failure to do so could result in dismissal.  *See* Fed. R. Civ. P. 41(b).

1

1   The 20 days have passed and plaintiff has not filed an opposition or a statement of no

2   opposition.  He has not otherwise responded to the August 27, 2007, order.

3   Accordingly, it is RECOMMENDED that this action be dismissed without prejudice.

4   Fed. R. Civ. P. 41(b).

5   These findings and recommendations are submitted to the United States District Judge

6   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days

7   after being served with these findings and recommendations, any party may file written

8   objections with the court and serve a copy on all parties.  Such a document should be captioned

9   "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

10  within the specified time may waive the right to appeal the District Court's order. *Turner v.*

11  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

12  Dated:  October 12, 2007.

13

14  EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26